UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITAX CHILD SAFETY, INC., <br> Plaintiff, <br><br> v. <br><br> NUNA INTERNATIONAL B.V. and <br> NUNA BABY ESSENTIALS, INC, <br> Defendants. | No. 5:17-cv-02724 |

# **O R D E R**

**AND NOW**, this 26th day of July, upon consideration of Defendants' Motion to Dismiss, ECF No. 26, and for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion is **DENIED** to the extent that it seeks to dismiss Plaintiff's claims pursuant to Rule 12(b)(6).

2. Defendants' Motion under Rule 12(b)(2) is **DENIED without prejudice** in all other respects, subject to Defendants' right to renew the Rule 12(b)(2) motion at the close of jurisdictional discovery.

3. The parties shall complete any discovery relevant to this Court's jurisdiction **by September 8, 2018**.

4. Defendants shall file an answer to the Amended Complaint or any renewed 12(b)(2) motion to dismiss for lack of jurisdiction **on or before September 8, 2018**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court