UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| BRITAX CHILD SAFETY, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  5:17-cv-2724 |
| | : | |
| NUNA INTERNATIONAL B.V. and NUNA | : | |
| BABY ESSENTIALS, INC., | : | |
| Defendants. | : | |

_____

## **O R D E R**

**AND NOW**, this 21st day of May, 2020, upon consideration of the Unopposed Motion to Amend Pretrial Order filed by Defendants, *see* ECF No. 96, requesting an eight week extension of the remaining schedule of the Court, **IT IS ORDERED THAT:**

The extension request is granted and the following deadlines are imposed:

1.    <u>No Further Continuances</u>.  The parties are advised that no further continuances will be granted.

2.    <u>Deadline for Completion of Expert Discovery.</u> On or before **August 7, 2020**, counsel for each party shall serve upon counsel for every other party all expert reports and a curriculum vitae for each expert pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).  If for reasons of health and safety depositions cannot be taken in person, the Court will require that depositions be conducted remotely by use of technology (Zoom, Skype, Microsoft Office 365 Teams, or other technological means).

3.      <u>Deadline for Filing of Dispositive Motions.</u> All dispositive motions shall be filed

not later than **August 31, 2020**.


                              BY THE COURT:


                              <u>*/s/ Joseph F. Leeson, Jr.*            </u>
                              JOSEPH F. LEESON, JR.
                              United States District Judge