# CONFIDENTIAL EXHIBIT 1

Filed Under Seal