# CONFIDENTIAL EXHIBIT 2

Filed Under Seal