# CONFIDENTIAL EXHIBIT 4

Filed Under Seal