# CONFIDENTIAL EXHIBIT 8

## Filed Under Seal