# CONFIDENTIAL EXHIBIT 12

# Filed Under Seal