# EXHIBIT 13

BRITAX CHILD SAFETY, INC. vs NUNA INTERNATIONAL B.V., ET AL.
Confidential                Steven Glenn Gerhart on 02/12/2020

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                           - - -
 3
       BRITAX CHILD SAFETY, INC.,   : Civil Action No.
 4                                  :
                      Plaintiff,    : 5-17-cv-02724-JFL
 5               vs.                :
                                    :
 6     NUNA INTERNATIONAL B.V. and  :
       NUNA BABY ESSENTIALS, INC.,  :
 7                                  :
                      Defendants.   :
 8                                  :

 9                           - - -

10       TRANSCRIPT DEEMED CONFIDENTIAL PURSUANT TO THE

11                     PROTECTIVE ORDER

12                    February 12, 2020
                           - - -
13

14         Oral sworn videotaped deposition of STEVEN

15     GLENN GERHART, 70 Thousand Oaks Boulevard,

16     Morgantown, Pennsylvania, 19543, taken at the

17     Residence Inn by Marriott, 10 Pottstown Pike,

18     Exton, Pennsylvania, 19341, before Patricia R.

19     Frank, Registered Merit Reporter, Certified

20     Realtime Reporter, and Notary Public in and for

21     the Commonwealth of Pennsylvania, commencing at

22     9:36 a.m., on the above date.

23

24                           - - -

25
```

```
 1   the future?
 2       A.      Some of both.
 3       Q.      From Exhibit 13 can you tell when this
 4   particular version was created?
 5       A.      Version -- I'm sorry.  What --
 6       Q.      Sure.  Do you know what -- the version of
 7   the project summary that's before you as Exhibit 13,
 8   do you know when it dates from?
 9       A.      No, I do not.
10       Q.      Is there a way that you would know to
11   find that out?
12       A.      Not without asking Greg.
13       Q.      Were there any alternative designs
14   considered or proposed for the aspect of the Nuna
15   RAVA that provides the belt tensioning
16   functionality?
17              MR. MA:  Objection.  Form.
18              THE WITNESS:  I do not know.
19   BY MR. MOORE:
20       Q.      When was it decided to use the -- well,
21   strike that.
22              When was it decided to use what became
23   the True Tension doors functionality in order to
24   tension the belt in the RAVA seat?
25              MR. MA:  Objection.  Form.
```