# EXHIBIT 15

| | |
|---|---|
| **From:** | Powell, Dean |
| **To:** | Ward, Trenton |
| **Cc:** | EXT Britax-Nuna-Team; EXT- smoore@kilpatricktownsend.com; Koballa, Kasey; Adkins, Robin; Specht, Kara |
| **Subject:** | RE: Britax v. Nuna |
| **Date:** | Wednesday, May 20, 2020 2:04:05 PM |

**EXTERNAL Email:**

Trenton,

Britax does not oppose Nuna moving the court for the below proposed adjustment of the schedule.

Please be advised that Britax does not intend to take the depositions of Nuna's disclosed expert witnesses. We understand that Nuna intends to take the deposition of Britax's experts. Under FRCP 26(b)(4)(A), Nuna is required to pay for each of the experts' reasonable fees for time associated with responding to discovery, including the attendance and preparation for each of the depositions.

Sincerely,
Dean

**Dean Powell**
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7347 | fax 336 734 2640
dpowell@kilpatricktownsend.com | My Profile | vCard

**From:** Ward, Trenton <Trenton.Ward@finnegan.com>
**Sent:** Thursday, May 14, 2020 5:18 PM
**To:** Powell, Dean <DPowell@kilpatricktownsend.com>
**Cc:** EXT Britax-Nuna-Team <Britax-Nuna-Team@finnegan.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Koballa, Kasey <KKoballa@kilpatricktownsend.com>; Adkins, Robin <RAdkins@kilpatricktownsend.com>; Specht, Kara <Kara.Specht@finnegan.com>
**Subject:** RE: Britax v. Nuna

Dean,
We have considered your proposal to forgo expert depositions and would prefer to simply move for an extension at this time.

Local counsel informed us that parties seeking extensions before other EDPA Judges based on COVID-19 circumstances have been successful. We feel there is a sufficient and reasonable basis to seek the 8-week extension proposed in our email below. If you agree, we will provide a copy of a proposed joint motion for your review.
Best Regards,
Trenton

**From:** Powell, Dean <DPowell@kilpatricktownsend.com>
**Sent:** Monday, May 11, 2020 3:00 PM
**To:** Ward, Trenton <Trenton.Ward@finnegan.com>
**Cc:** EXT Britax-Nuna-Team <Britax-Nuna-Team@finnegan.com>; EXT-smoore@kilpatricktownsend.com <smoore@kilpatricktownsend.com>; Koballa, Kasey <KKoballa@kilpatricktownsend.com>; Adkins, Robin <RAdkins@kilpatricktownsend.com>; Specht, Kara <Kara.Specht@finnegan.com>
**Subject:** RE: Britax v. Nuna

**EXTERNAL Email:**

Trenton,
We are in receipt of your message.  We are conferring with our client.

We can speak tomorrow at 11:30, or we will respond via email before that.

Sincerely,
Dean

**Dean Powell**
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7347 | fax 336 734 2640
dpowell@kilpatricktownsend.com | My Profile | vCard

**From:** Ward, Trenton <Trenton.Ward@finnegan.com>
**Sent:** Monday, May 11, 2020 10:57 AM
**To:** Powell, Dean <DPowell@kilpatricktownsend.com>
**Cc:** EXT Britax-Nuna-Team <Britax-Nuna-Team@finnegan.com>; Moore, Steve <smoore@kilpatricktownsend.com>; Koballa, Kasey <KKoballa@kilpatricktownsend.com>; Adkins, Robin <RAdkins@kilpatricktownsend.com>; Specht, Kara <Kara.Specht@finnegan.com>
**Subject:** RE: Britax v. Nuna

Dean,
A minor correction, we would be available at 4PM today if that works for you.
thanks, Trenton

**From:** Ward, Trenton <Trenton.Ward@finnegan.com>
**Sent:** Monday, May 11, 2020 10:54 AM
**To:** Powell, Dean <DPowell@kilpatricktownsend.com>

**Cc:** EXT Britax-Nuna-Team <Britax-Nuna-Team@finnegan.com>; EXT-smoore@kilpatricktownsend.com <smoore@kilpatricktownsend.com>; Koballa, Kasey <KKoballa@kilpatricktownsend.com>; Adkins, Robin <RAdkins@kilpatricktownsend.com>; Specht, Kara <Kara.Specht@finnegan.com>
**Subject:** RE: Britax v. Nuna

Dean,
Nuna would like to propose a joint motion to extend certain deadlines to enable in-person expert depositions by both sides.  In the table below, we suggest extending the completion of expert discovery and dispositive motions date by 8 weeks.  This would permit us to take the depositions in-person in July and August instead of remotely in May and June.

Let us know if you are available for a meet and confer at 3PM ET today 5/11 to discuss.  Alternatively, we would also be available at 11:30AM on Tuesday 5/12.
Best Regards, Trenton

| **Deadline** | **Current Date** | **Extended Date** |
|---|---|---|
| Rebuttal Expert Disclosures | May 18, 2020 | unchanged |
| Completion of Expert Discovery | June 12, 2020 | August 7, 2020 (+ 8 weeks) |
| Dispositive Motions Due | July 6, 2020 | August 31, 2020 (+ 8 weeks) |

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.