# CONFIDENTIAL EXHIBIT 17

## Filed Under Seal