# EXHIBIT 18

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITAX CHILD SAFETY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:17-cv-02724-JFL |
| NUNA INTERNATIONAL B.V. and NUNA BABY ESSENTIALS, INC., | ) |
| Defendants. | ) |

## DECLARATION OF R. MAXWELL MAULDIN

I, R. Maxwell Mauldin, declare and state as follow:

I am an attorney at Finnegan LLP licensed to practice law in the State of Georgia and counsel for Defendants Nuna International B.V. and Nuna Baby Essentials, Inc. (together, "Nuna") in the present action. I make this Declaration based on my personal knowledge and with regards to Nuna's purchase of a Britax Boulevard 70 car seat:

1. I began searching for a suitable car seat after Nuna's Supplemental Invalidity Contentions were served on March 5, 2020.

2. I located potential options that might be Boulevard 70 car seats and conducted research to determine if the car seats corresponded to the model of interest.

3. Attached as Exhibit A to this Declaration is a true and correct copy of the eBay listing that I located on April 7, 2020.

4. Attached as Exhibit B to this Declaration is a true and correct copy of an email exchange with the seller associated with the eBay listing in Exhibit A. I contacted the seller on

April 7, 2020, via eBay because I questioned aspects of the eBay listing, including the title of the listing.

5. The seller contacted me via email on April 10, 2020, and explained that he would not provide further details.

6. I considered other options and attempted to purchase a different Boulevard 70 car seat on April 28, 2020, from www.dmartstores.com.

7. The order from www.dmartstores.com was not filled and no product was shipped.

8. I ordered the Boulevard 70 car seat from the eBay listing on April 29, 2020.

9. The Boulevard 70 car seat arrived at Finnegan's Atlanta office on May 6, 2020.

10. I sent the car seat to the expert, Mr. Bowman, on May 8, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 19, 2020

R. Maxwell Mauldin

# EXHIBIT A







Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Sell, shop, donate to charity | Sell | Buy Again | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Baby > Baby Safety & Health > Other Baby Safety & Health

Take the new App for a spin. ebaymotors INSTALL NOW

**You bought this item** | View order details

Related sponsored items 1/2 — Feedback on our suggestions

Britax Advocate Clicktight Convertible Car Seat Baby
$248.35
~~$275.95~~
Free shipping

Britax Advocate Clicktight Convertible Car Seat Baby
$344.99
~~$352.00~~
Free shipping
Almost gone

New Corner Guards Baby Safety Clear Furniture Cor-
$14.99
Free shipping
Almost gone

Britax Highpoint Belt-Posi-tioning Child Safety Booster
$169.99
Free shipping

New 20 PCS Silicone Cor-ner Edge Protector Cush-
$7.99
Free shipping

Britax 2-pack Baby Carrier Bibs, White Brand New!
$15.99
Free shipping

Similar sponsored items — Feedback on our suggestions

NIP Britax EZ-Cling Window Shades 2 Pack Black
$26.99
+ $4.99 Shipping

Britax EZ-Cling Car Window Sun Shades - 2 Pack - UPF
$9.99
+ $4.70 Shipping

$ Have one to sell? Sell now

## Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW

Seller : **truebargains85** (34 ★) **100% Positive feedback**

Save this Seller | Contact seller | See other items

Condition: **New**

Sold for: **US $300.00**
$25 for 12 months *

Already paid? Go to your eBay Bucks - Activity View to see your Bucks.

Shipping: FAST 'N FREE
Guaranteed by **Wed. May. 13** | See details
Item location: Aspen, Colorado, United States
Ships to: United States and many other countries | See details

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
*$25 for 12 months. Minimum purchase required. Apply Now | See terms

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Description** | **Shipping and payments** | Report item

**eBay item number:** 282698730598

Seller assumes all responsibility for this listing.

Last updated on **Jun 26, 2019 16:45:19 PDT** View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | **New:** A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand: | Britax |
| Bundle Listing: | No | Model: | Boulevard Clicktight |
| Color: | Gray | Country/Region of Manufacture: | United States |

Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW Still in the box and plastic. Was purchased for $650 and was never used. Good for children 6 months to 6 years of age or up to 70 pounds.

Related sponsored items  1/2          Feedback on our suggestions








| New Corner Guards Baby Safety Clear Furniture Cor- | Britax Advocate Clicktight Convertible Car Seat Baby | Protector de pezones de silicona Para Alimentar A Tu | 12x Clear Rubber Furniture Corner Edge Table Cushion | Nuby All Natural Teething gel with FREE gum-eez | Britax Highpoint Belt-Positioning Child Safety Booster |
|---|---|---|---|---|---|
| $14.99 | $248.35 | $9.95 | $7.79 | $7.25 | $169.99 |
| Free shipping | ~~$275.95~~ | Free shipping | Free shipping | ~~$10.99~~ | Free shipping |
| Almost gone | Free shipping | | | Free shipping | |

Explore more sponsored options:



Britax EZ-Cling Car Window Sun Shades - 2 Pack - UPF

$9.99
+ Shipping

People who viewed this item also viewed          Feedback on our suggestions







NIP Britax EZ-Cling Window Shades 2 Pack Black
$26.99
+ $4.99 Shipping

Britax EZ-Cling Car Window Sun Shades - 2 Pack - UPF
$9.99
+ $4.70 Shipping

Visit Website
Ad info.com
**Britax Car Seat Boulevard 70 - Britax Car Seat Boulevard 70**
Find **Britax Car Seat Boulevard 70**. Examine Now.

Visit Website
Ad shop411.com
**Boulevard 70 Car Seat - Boulevard 70 Car Seat**
Search **Boulevard 70 Car Seat**.

Visit Website
Ad albeebaby.com
**Britax™ Clicktight Car Seats - Safety** and Comfort from **Britax**
Unique Installation System, Superior **Safety**, and Reknowned Comfort from **Britax**. Enjoy Free Shipping + Reward Points on Your Purchase of a **Britax Clicktight** Model. In business since 1933! Spend $49+, ship free! Fabulous rewards program. Convenient **baby** registry.
★★★★★ (4.6)
Advocate Car Seats Marathon Car Seats Boulevard Car Seats Britax Sale

Visit Website
Ad kohls.com
Shop **Britax** at Kohl's® - Free Shipping on $75 Orders
**Brands** You Love. Shopping That's Easy. Savings That Add Up. Every. Single. Day. Shop the Best **Brands**. Mobile Sale Alerts. Hassle-Free Returns. Incredible Savings. **Brands**: **Britax**, Graco, Evenflo, Carter's, Fisher-Price, OshKosh.
★★★★★ (4.6)
5701 Kingstowne Blvd, Kingstowne, VA
Kohl's Cares for Kids
Infant Clothing 0-24
Baby Girl 0-24 months
Limited Contact Drive Up
Baby Gear
Baby Boy 0-24 months

Visit Website
Ad buybuybaby.com
**Britax Boulevard Car Seat** - buybuy **BABY**® Official Site - buybuy**BABY**.com
Everything for Newborns to Toddlers. Online At buybuy **BABY**®. Shop Now! Shop All the **Brands** You Love. Price Match Guarantee. Free And Easy Returns. Buy Online Or In Store. Up to 20% Off **Car Seats**. **Brands**: Chicco, **Britax**, Graco, Balboa **Baby**.
★★★★★ (4.7)
1683 Rockville Pike, Rockville, MD
Curbside Pickup
Shop Gift Cards
Shop by Brand
Cybex™ Eternis Car Seat

Back to previous page    Return to top

**More to explore :**  Britax Child Car Booster Seats up to 80lbs,   New Generation Car & Truck Safety & Security for Toyota,   Britax Baby Car Seat Accessories,   Seats and Seat Parts for Suzuki Boulevard,   Britax Vehicles Baby Car Safety Seats,   Britax,   Seats for Suzuki Boulevard,   Cobra Seats and Seat Parts for Suzuki Boulevard,   Unbranded Motorcycle Seats & Seat Parts for Suzuki Boulevard,   Chicco Baby Car Safety Seats

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



# EXHIBIT B

6/18/2020 Gmail - Re: Details about item: richarmauldi_0 sent a message about Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW #...

Case 5:17-cv-02724-JFL Document 102-18 Filed 06/19/20 Page 12 of 13

 **Maxwell Mauldin <maxwell.mauldin@gmail.com>**

## Re: Details about item: richarmauldi_0 sent a message about Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW #282698730598
1 message

**eBay - truebargains85** <trueba_hy5109oeo@members.ebay.com>  Fri, Apr 10, 2020 at 9:45 PM
To: maxwell.mauldin@gmail.com

New message: Hello I am sorry about the delayed re...



New message from: **truebargains85** (34 ⭐ )

Hello I am sorry about the delayed response I am not sure how it clicks in in the back but it's brand new and still in the box. If you could do some research on it would easiest. it's in my storage unit and I'm not near it at the moment I would only go in and grab it if you want to purchase it please let me know if you'd still like it thanks

-———/7/20, 15:44, richarmauldi_0 wrote:

Details about item: richarmauldi_0 sent a message about Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW #282698730598

Hello:

I'm interested in this product. I just need to see how it locks the belt down. Does it use two lock-offs in the middle part? Thanks so much!

Max

Reply    **Make an offer**

**Your previous message**

Hello:

I'm interested in this product. I just need to see how it locks the belt down. Does it use two lock-offs in the middle part? Thanks so much!

Max

6/18/2020 Gmail - Re: Details about item 4 richarmauldi_0 sent a message about Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW #...

Case 5:17-cv-02724-JFL Document 102-18 Filed 06/18/20 Page 13 of 13

## Britax Boulevard 70 Clicktight Car Seat Child Safety Brand NEW



**Price: $300.00**
Buy it now

Watchers: 1
Quantity Remaining: 1
Free Shipping

Buy it now

### Get to know the seller truebargains85

- Located: Aspen, CO, United States
- Member since: Mar 04, 2006
- Positive Feedback: 100%

We scan messages to enforce policies. Only purchases on eBay are covered by the eBay purchase protection programs. Asking your trading partner to complete a transaction outside of eBay is not allowed.

**Email reference id: [#a04-kbwxtsoxgy#]_[#af020d9e5e75417197c20b10e118dd43#]**

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Richard Mauldin (richarmauldi_0). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125