IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITAX CHILD SAFETY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:17-cv-02724-JFL |
| NUNA INTERNATIONAL B.V. and NUNA BABY ESSENTIALS, INC., | ) |
| Defendants. | ) |

## **ORDER**

Before this Court is Plaintiff Britax Child Safety, Inc.'s Motion to Strike Section X of Defendants' May 3, 2020 Expert Witness Report of Mr. Andrew Bowman Regarding Noninfringment; paragraphs 43, 45-57, 79, 86, 102, 104, 110, 114-19, 139, and 141 of Defendants' May 4, 2020 Expert Report of W. Todd Schoettelkotte Relating to Damages; and paragraphs 45, 93, 97-109, 118, and 122-23 of Defendants' May 18, 2020 Rebuttal Expert Witness Report of Mr. Andrew Bowman Regarding Invalidity, filed on June 5, 2020.  Also before this Court is Defendants' Conditional Motion to Strike paragraphs 14-15, 44-104, 176-78, and 187 of Plaintiff's April 3, 2020 Expert Report of Lauren R. Kindler and paragraphs 6-12 of Plaintiff's May 18, 2020 Reply Expert Report of Lauren R. Kindler, filed on June 19, 2020. Upon review of Plaintiff's Motion, the Court **DENIES** Plaintiff's Motion to Strike.  Having denied Plaintiff's Motion, the Court need not address Defendants' Conditional Motion.

**AND IT IS SO ORDERED:**

_____                    _____
Date                                     Joseph F. Leeson, Judge